UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE C. MCPHERSON,

       Plaintiff,                Case no. 15-12010
                                       Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's June 21, 2016 Report and Recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date:  July 27, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 27, 2016, using the ECF system and/or ordinary mail.


                                          s/William Barkholz
                                          Case Manager